# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX BAER PRODUCTIONS, LTD., a California corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> RIVERWOOD PARTNERS, LLC, a Nevada Limited-Liability Company, <br><br> Defendant. | Case No.: 3:09-cv-512-RCJ-RAM <br><br> Π |

### ORDER REGARDING PRELIMINARY INJUNCTION

This cause was heard on the motion of Plaintiff MAX BAER PRODUCTIONS, LTD. (hereinafter "Max Baer") for a preliminary injunction on January 8, 2010, and due notice was given to Defendant RIVERWOOD PARTNERS, LLC (hereinafter "Riverwood"). The Court has considered the facts of this case, the documents submitted by the parties, and the arguments of counsel, and finds that the foreclosure of the property that is at issue in this litigation (secured by the Deed of Trust mentioned in the Amended Complaint), Trustee Sale No. 2386968-RMD, and the Notice of Default and Election to Sell Under Deed of Trust recorded on or about September 11, 2009 should be enjoined.

It is Ordered, Adjudged and Decreed that, pending further order of this Court, the Defendant Riverwood, its officers, agents, representatives, employees and successors, and all other persons in active concert and participation with it, are hereby restrained and enjoined during the time period from January 8, 2010 to January 7, 2011, from foreclosing on the property that is at issue in this litigation, and from proceeding with or taking any further action in regards to Trustee Sale No. 2386968-RMD or the Notice of Default and Election to Sell Under Deed of Trust recorded on or about September 11, 2009.

/ / /

/ / /

665452 (4296-13)

Page 1 of 2

It is Further Ordered, Adjudged and Decreed that Plaintiff is required to post a bond for the first forty-five (45) days of the time period for the Preliminary Injunction in the amount of $50,000. Said bond must be posted by Plaintiff by January 29, 2010.

It is Further Ordered, Adjudged and Decreed that, as a condition to the continuation of the injunction, Plaintiff is required to increase the amount of the bond to the total sum of $650,000.00 by February 22, 2010 (which is 45 days after the issuance of the Preliminary Injunction). The amount of the bond is conditioned for the payment of such costs and damages as may be incurred or suffered by Riverwood if found to have been wrongfully enjoined or restrained.

If the Bond is not posted, the foreclosure sale can go forward as to be advertised.

The parties shall appear before the Court on February 5, 2010 at 10:00 a.m. to discuss the conditions, if any, to be placed upon the Defendant as a condition precedent to the requirement of the Plaintiff posting of the $650,000 bond.

DATED this 21 day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

**KOLESAR & LEATHAM, CHTD.**

By _____
RANDOLPH L. HOWARD, ESQ.
MATTHEW J. FORSTADT, ESQ.
E. DANIEL KIDD, ESQ.
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Plaintiff
MAX BAER PRODUCTIONS, LTD.