UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MAX BAER PRODUCTIONS, LTD, a California corporation;

Plaintiff,

vs.

RIVERWOOD PARTNERS, LLC, a Nevada; and DOES 1 through 10, inclusive;
Defendants.

AND ALL RELATED CLAIMS

CASE NO. 3:09-cv-00512-RCJ-RAM

### ORDER AFTER APRIL 9, 2010 HEARING ON MOTIONS

Plaintiff's Motion for Release of Security Bond and the parties' stipulation regarding discovery came on for a hearing on April 9, 2010 with Sean Brohawn appearing for the plaintiff and Justin Bustos appearing for the defendant. The Court having considered the documents submitted, the facts of the case and the arguments of counsel, and good cause appearing,

**IT IS ORDERED** that plaintiff's Motion for Release of Security Bond is granted, and the court cautions the parties that a further request for a Preliminary Injunction will not be considered or granted.

**IT IS ORDERED** that the defendant's request for damages consisting of attorney's fees and costs is denied.

**IT IS ALSO ORDERED** that the parties' joint request to extend discovery deadlines is approved but the deadlines are set one month earlier than as requested by the parties, as follows:

| | |
|---|---|
| Last day to amend pleadings or add parties | **July 2, 2010** |
| Discovery cut-off (for written discovery and Depositions of parties/witnesses) | **August 3, 2010** |
| Interim Status Report | **June 2, 2010.** |
| Last day to disclose initial experts | **September 1, 2010** |
| Last day to disclose rebuttal experts | **October 1, 2010** |
| Last day to depose experts | **November 1, 2010** |

-1-

| | |
|---|---|
| Last day to file dispositive motions | **November 30, 2010** |
| Last day to file joint pre-trial order | **December 31, 2010.** |

**IT IS FURTHER ORDERED** that while the defendant's request for an expedited briefing schedule on its Motion to Quash Subpoena Duces Tecum to Nevada State Bank was granted and an opposition deadline of April 14, 2010 was set, it is now moot because the defendant has withdrawn the motion without prejudice.

**IT IS ORDERED** that discovery documents in response to the subpoena to Nevada State Bank issued by plaintiff shall be produced by April 23, 2010.

DATED this ____ day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
FAHRENDORF, VILORIA,
   OLIPHANT & OSTER L.L.P.

By: _____
Sean L. Brohawn, Esq.
Nevada Bar No. 7618
Dorothy Nash Holmes, Esq.
Nevada Bar No. 2057
P.O. Box 3677
Reno, Nevada 89505
(775) 348-9999
Attorneys for Max Baer Productions, LTD

-2-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., and that on the date shown below, I caused service of a true and correct copy of the attached:

**ORDER AFTER APRIL 9, 2010 HEARING ON MOTIONS**

to be completed by:

\_\_\_\_\_ personally delivering

\_\_\_\_\_ delivery via Reno-Carson Messenger Service

\_\_\_\_\_ sending via Federal Express or other overnight delivery service

\_\_\_\_\_ depositing for mailing in the U.S. mail with sufficient postage affixed thereto

\_\_\_\_\_ delivery via facsimile machine to fax no._____

__X__ delivery via electronic filing

| | | |
|---|---|---|
| John P. Desmond, Esq. | (775) 786-5000 | Counsel for *Defendant* |
| Justin J. Bustos | (775) 786-1177 fax | *and Counter-Claimant* |
| JONES VARGAS | | |
| 100 W. Liberty St., 12th Floor | | |
| Reno, NV 89504-0281 | | |

DATED this 19th day of April, 2010

/s/ Paula [signature]

-3-